BENJAMIN F. WILLEY & another *vs.* GEORGE BEACH.

Berkshire. September 8. — 9, 1874. MORTON & ENDICOTT, JJ., absent.

Whether a sewing machine is a necessary for a wife, in such a sense that the husband can be sued for it, is a question of fact for the jury.

CONTRACT for the use of a sewing machine. At the trial in the District Court of Southern Berkshire, it appeared that the plaintiffs had let a sewing machine to the defendant's wife; that she had used it for household purposes; that the rent therefor had not been paid; and that the contract had been entirely with the wife, the husband not having been consulted in regard

to it.   The judge ruled that a sewing machine was not such a necessary as, if furnished to the wife by a third party at her request, would make the husband liable therefor.   To this ruling the plaintiffs alleged exceptions.

*H. J. Dunham*, for the plaintiffs.

*N. W. Shores*, for the defendant.

BY THE COURT.   The question whether the sewing machine was a necessary for the wife, in such a sense that the husband could be sued for it, was for the jury.   *Raynes* v. *Bennett*, 114 Mass.                                                    *Exceptions sustained.*